ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE PANTALEON AGUIRRE, | No. 5:12-cv-00928-RZ |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

-1-

1   ~~Having approved~~  In accordance with the parties' joint stipulation to
2   voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of
3   judgment, **THE COURT ORDERS, ADJUDGES, AND DECREES** that this
4   case be remanded to the Social Security Administration for further proceedings
5   consistent with the parties' joint stipulation.

7   Date: January 08, 2013                _____
8                                                   HON. RALPH ZAREFSKY